UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ABDIFATAH JODAH,**

    **Plaintiff,**

v.

Case No. 2:21-cv-1533
Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**MERRICK B. GARLAND,**
**ATTORNEY GENERAL,**
**U.S. DEPARTMENT OF JUSTICE,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Hold Case in Abeyance. (ECF No. 8.) The parties request a stay until October 22, 2021 for the opportunity to process Plaintiff's underlying Form I-821, or Application for Temporary Protected Status. The parties submit that the administrative processing and ultimate adjudication of Plaintiff's Form I-821, or Application for Temporary Protected Status, will satisfy Plaintiff's Complaint for a Writ of Mandamus and moot this action.

Accordingly, the Court **GRANTS** the motion. (ECF No. 8.) This matter is hereby **STAYED** until October 22, 2021. If the parties have not filed a stipulation of dismissal by October 22, 2021, Defendants shall file a responsive pleading to Plaintiff's Complaint. This case is to remain open.

    **IT IS SO ORDERED.**

**6/3/2021**                                       **s/Edmund A. Sargus, Jr.**
**DATE**                                          **EDMUND A. SARGUS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**